IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:19-cv-81230-ROSENBERG/REINHART

HAROULA LARMER,

       Plaintiff,

v.

DEBSKI & ASSOCIATES, P.A.,

       Defendant.
                                                  /

## **STIPULATION OF DISMISSAL**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party shall be responsible for their own costs, expenses and attorney fees.

| | |
|---|---|
| JEROME F. SKRANDEL, PL | THE LAW OFFICES OF<br>   RONALD S. CANTER, LLC |
| /s/ John J.R. Skrandel | /s/ Ronald S. Canter |
| John J.R. Skrandel, Esq. | Ronald S. Canter, Esq., Bar # 335045 |
| P.O. Box 14759 | 200A Monroe Street, Suite 104 |
| North Palm Beach, FL | Rockville, Maryland 20850 |
| JFSPA@msn.com | Telephone: (301) 424-7490 |
| *Attorney for Plaintiff* | Facsimile: (301) 424-7470 |
| | rcanter@roncanterllc.com |
| | *Attorney for Defendant* |
| | 400 S. Dixie Hwy #322 |
| | Boca Raton, Florida 33432 |
| | Local Address |